# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH DAVIS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1563 |
| | : | |
| P. FALLEN, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 29th day of October, 2024, upon consideration of Defendant Officers P. Fallen, Cunningham, and M. Santiago's Motion to Dismiss (ECF No. 17) and Plaintiff Keith Davis's Response and Supplemental Replies thereto (ECF Nos. 19, 22, 23), it is **ORDERED** that:

1. The Motion is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.